# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | UPS Supply Chain Solutions Inc | 11/28/2022 | 266344 | Check | $ 17,763.43 |
| Akorn Operating Company, LLC | UPS Supply Chain Solutions Inc | 12/8/2022 | 266487 | Check | $ 19.14 |
| Akorn Operating Company, LLC | UPS Supply Chain Solutions Inc | 12/23/2022 | 266641 | Check | $ 21,901.35 |
| Akorn Operating Company, LLC | UPS Supply Chain Solutions Inc | 12/29/2022 | 266843 | Check | $ 43,878.59 |
| Akorn Operating Company, LLC | UPS Supply Chain Solutions Inc | 1/6/2023 | 266890 | Check | $ 43,649.08 |
| Akorn Operating Company, LLC | UPS Supply Chain Solutions Inc | 1/13/2023 | 266958 | Check | $ 11,909.38 |
| Akorn Operating Company, LLC | UPS Supply Chain Solutions Inc | 1/19/2023 | 267041 | Check | $ 22,864.09 |
| Akorn Operating Company, LLC | UPS Supply Chain Solutions Inc | 1/26/2023 | 267087 | Check | $ 43,737.40 |
| Akorn Operating Company, LLC | UPS Supply Chain Solutions Inc | 2/2/2023 | 267146 | Check | $ 41,319.65 |
| Akorn Operating Company, LLC | UPS Supply Chain Solutions Inc | 2/13/2023 | 267377 | Check | $ 37,040.68 |
| Akorn Operating Company, LLC | UPS Supply Chain Solutions Inc | 2/17/2023 | 267321 | Check | $ 63.99 |
| | | | | | $ 284,146.78 |