# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS INC.,<br><br>Defendant. | Adv. Proc. No. 25-50233 (KBO) |

## NOTICE OF SERVICE

I, Paige N. Topper, hereby certify that on July 28, 2025, a copy of the *Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions Directed to Defendants* was served via First Class Mail and E-mail on the parties below:

| *E-mail* | *First Class Mail* |
|---|---|
| Faegre Drinker Biddle & Reath LLP<br>Attn: Maria J. Cho<br>1800 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>maria.cho@faegredrinker.com | UPS Supply Chain Solutions Inc<br>c/o Illinois Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

55969512.1 07/28/2025

                              **SAUL EWING LLP**

By: */s/ Paige N. Topper*
      Evan T. Miller (DE Bar No. 5364)
      Paige N. Topper (DE Bar No. 6470)
      1201 N. Market Street, Suite 2300
      Wilmington, DE 19801
      Telephone: (302) 421-6800
      evan.miller@saul.com
      paige.topper@saul.com

*Counsel to Plaintiff*

Dated: July 28, 2025

2