**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>UPS Supply Chain Solutions Inc.,<br><br>Defendant. | Adv. Proc. No. 25-50233<br><br>**Related Adv D.I.: 1, 3** |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>United Parcel Service,<br><br>Defendant. | Adv. Proc. No. 25-50230<br><br>**Related Adv D.I.: 1, 3** |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED COMBINED SCHEDULING ORDER**

The undersigned counsel to George L. Miller, in his capacity as chapter 7 trustee for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Akorn Operating Company, LLC, and as plaintiff in the above-captioned adversary proceedings ("**Plaintiff**"), hereby certifies and states as follows:

1. On February 13, 2025, Plaintiff filed the adversary proceeding docketed as Adv. Proc. No. 25-50230 (the "**United Parcel Service Matter**").

2. On February 13, 2025, Plaintiff filed the adversary proceeding docketed as Adv. Proc. No. 25-50233 (together with the United Parcel Service Matter, "**UPS Actions**").

3. The parties to the UPS Actions have discussed and agreed to a revised, combined scheduling order attached hereto as **Exhibit A.**

WHEREFORE, Plaintiff respectfully requests that the Scheduling Order, attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: November 13, 2026
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com

*Special Counsel to Plaintiff*