**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, *et al.*,[1]<br><br>Debtors. | : | Chapter 11<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>UPS Supply Chain Solutions Inc.,<br><br>Defendant. | : | Adv. Proc. No. 25-50233 |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>United Parcel Service,<br><br>Defendant. | : | Adv. Proc. No. 25-50230 |

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to UPS Supply Chain Solutions, Inc. and United Parcel Service (collectively, "UPS"). Pursuant to sections 342 and 1109(b) of title 11 of the United States

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), UPS requests that all notices given or required to be given in the above-referenced adversary proceedings and all papers served or required to be served in the adversary proceedings, be given and served upon:

| | |
|---|---|
| Emily Mathews McCormick<br>Faegre Drinker Biddle & Reath LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 467-4213<br>Facsimile: (302) 467-4201<br>emily.mccormick@faegredrinker.com | Diego M. Carlson<br>Faegre Drinker Biddle & Reath LLP<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>Telephone: (310) 203-4011<br>Facsimile: (310) 229-1285<br>diego.carlson@faegredrinker.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the adversary proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or UPS.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claims, claims, or suits filed in the adversary proceedings shall be deemed or construed as consent by UPS to the exercise by the Bankruptcy Court of the judicial power of the United States, or a waiver of any rights of UPS to (i) have final orders in any noncore matters entered only after de novo review by a District Judge, (ii) trial by jury in the United States District Court in any proceeding so triable in the adversary proceedings or any case, controversy, or proceeding related to the adversary proceedings, (iii) have the District Court withdraw the

reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which UPS is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 25, 2026
Wilmington, Delaware

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Emily Mathews McCormick*

Emily Mathews McCormick (No. 6866)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801
Tel: (302) 467-4200
Fax: (302) 467-4201
emily.mccormick@faegredrinker.com

Diego M. Carlson (*pro hac vice* pending)
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Tel: (310) 203-4011
Fax: (310) 229-1285
diego.carlson@faegredrinker.com

*Counsel to UPS Supply Chain Solutions, Inc.
and United Parcel Service*